UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON VANDEMARK, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> LTD FINANCIAL SERVICES, LP, <br><br> Defendant. | Civil Action No. 16-CV-00589 (JCM) <br><br> **STIPULATON OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), the parties hereby stipulate to dismissal of this action with prejudice.

Dated: May 31, 2016

For Plaintiff

*/s/ Joshua D. Arisohn*
_____
Joshua D. Arisohn

Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
Telephone: (646) 837-7103
Email: jarisohn@bursor.com

For Defendant

*/s/ Arthur Sanders*
_____
Arthur Sanders

Barron & Newburger, P.C.
30 South Main Street
New City, NY 10956
Telephone: (845) 499-2990
Email: asanders@bn-lawyers.com

So Ordered:

_____
Judith C. McCarthy
U.S.M.J.

June 1, 2016